JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SERAFIN BANOS MEJIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, a municipality,<br><br>Defendant. | Case No. EDCV 15-2431 JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, Defendant County of Riverside's Motion for Summary Judgment is GRANTED. Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE. Judgment is entered in favor of Defendant County of Riverside.

Dated: September 20, 2016

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge